UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2003 NOV 26  P 4: 07

US DISTRICT COURT
HARTFORD CT

LAVAR BURNEY

v.

UCONN HEALTH CENTER, and
HECTOR RODRIGUEZ

CASE NO. 3:03CV1028(AWT)

## JUDGMENT

This action came on for consideration of the plaintiff's complaint before the Honorable Alvin W. Thompson, United States District Judge.

The court considered the full record of the case including applicable principles of law, and filed a ruling dismissing the complaint without prejudice to the filing of an amended complaint within thirty days, (provided the plaintiff can identify the doctor who allegedly treated him at the University of Connecticut Health Center and can allege facts stating a claim for deliberate indifference to medical needs).

Accordingly, it is ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the defendants UConn Health Center and Hector Rodriguez, and this case is dismissed. Should the plaintiff file an amended complaint within 30 days, the clerk will reopen the file.

Dated at Hartford, Connecticut, this 26th day of November, 2003.

KEVIN F. ROWE, Clerk

By _Sandra Smith_
Sandra Smith
Deputy Clerk

EOD _____